STATE OF CONNECTICUT *v.* RONALD VASQUEZ

The defendant's petition for certification for appeal from the Appellate Court, 48 Conn. App. 130 (AC 16118), is denied.

NORCOTT, J., did not participate in the consideration or decision of this petition.

*J. Brendan Sharkey*, special public defender, in support of the petition.

*Denise B. Smoker*, assistant state's attorney, in opposition.

Decided May 26, 1998

PHILIP TRAFICONDA *v.* COMMISSIONER OF CORRECTION

The petitioner Philip Traficonda's petition for certification for appeal from the Appellate Court, 48 Conn. App. 909 (AC 16947), is denied.

*David B. Rozwaski*, in support of the petition.

Decided May 26, 1998

PAUL HIRSCH ET AL. *v.* CAROL TOLONEN ET AL.

The plaintiffs' petition for certification for appeal from the Appellate Court, 48 Conn. App. 445 (AC 16949), is denied.

*Neil R. Marcus*, in support of the petition.

*Richard P. Hastings*, in opposition.

Decided May 26, 1998